IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| EVERETTE DEAN THOMPSON, a/k/a COWBOY | Violations:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 841(b)(1)(C), and 846; and 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(C)(i), and 2 |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and
Distribute Controlled Substances**

The Grand Jury Charges:

From in or about October 2024, and continuing until on or about the date of this Indictment, in the District of North Dakota and elsewhere,

EVERETTE DEAN THOMPSON, a/k/a COWBOY,

did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the grand jury, including Bryan Scott Hampton, charged in District of North Dakota Case Number 3:25-cr-00151, to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of fentanyl[1] and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C).

---

[1] The chemical name of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide. *See* 21 U.S.C. § 841(b)(1)(B)(vi).

<u>PRIOR CONVICTION</u>

The grand jury specifically finds, as to EVERETTE DEAN THOMPSON, a/k/a COWBOY, that before committing this offense he had the following final conviction for a serious violent felony for which he served more than 12 months of imprisonment, namely: Use of a Firearm During the Commission of a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), a Class A felony, in District of North Dakota Case Number 2:03-cr-00025, judgment entered October 3, 2003.

<u>OVERT ACTS</u>

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. Distributed and possessed with intent to distribute fentanyl and methamphetamine, Schedule II controlled substances, in North Dakota, within the Spirit Lake Reservation, and elsewhere;

2. Distributed methamphetamine on or about November 18, 2024, in North Dakota;

3. Possessed with intent to distribute methamphetamine on or about November 29, 2024, in North Dakota;

4. Arranged the transfer of fentanyl and methamphetamine for distribution from outside North Dakota into North Dakota;

5. Transported fentanyl and methamphetamine for distribution within North Dakota, including on or about December 7, 2024;

6. Possessed firearms and traded firearms for fentanyl and methamphetamine;

7.      Attempted to conceal their activities;

8.      Used United States currency in their drug transactions; and

9.      Used telecommunication facilities, including cell phones, to facilitate the distribution of fentanyl and methamphetamine;

In violation of Title 21, United States Code, Section 846, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT TWO

**Distribution of a Controlled Substance**

The Grand Jury Further Charges:

On or about November 18, 2024, in the District of North Dakota,

EVERETTE DEAN THOMPSON, a/k/a COWBOY,

individually and by aiding and abetting, knowingly and intentionally distributed 5 grams

or more of methamphetamine (actual), a Schedule II controlled substance;

## PRIOR CONVICTION

The grand jury specifically finds, as to EVERETTE DEAN THOMPSON, a/k/a

COWBOY, that before committing this offense he had the following final conviction for

a serious violent felony for which he served more than 12 months of imprisonment,

namely: Use of a Firearm During the Commission of a Crime of Violence, in violation of

Title 18, United States Code, Section 924(c)(1)(A)(iii), a Class A felony, in District of

North Dakota Case Number 2:03-cr-00025, judgment entered October 3, 2003.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii); and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>

**Possession of Firearms in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

In or about October and November 2024, in the District of North Dakota,

EVERETTE DEAN THOMPSON, a/k/a COWBOY,

individually, and by aiding and abetting, did knowingly possess one or more firearms, including, but not limited to, a Ruger, Model SR40c, .40 caliber pistol, Serial Number 345-33727, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances, as set forth in Count One;

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(C)(i), and 2.

<u>FORFEITURE NOTICE</u>

Upon conviction of one or more of the offenses alleged in this Indictment,

EVERETTE DEAN THOMPSON, a/k/a COWBOY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

- a Ruger, Model SR40c, .40 caliber pistol, Serial Number 345-33727;

and all right, title, and interest in any of the property constituting or derived from proceeds obtained directly or indirectly as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including, but not limited to, the following:

- a 2024 Jeep Grand Wagoneer L, Series III, VIN 1C4SJSGP7RS106483, seized on or about December 7, 2024.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

JTR/ak

6