Local AO 470  (Rev. 11/16)  Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26-CR-54 |
| | ) | |
| Everette Dean Thompson | ) | |
| | ) | |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:**  Detention Hearing | **Date and Time:**  April 6, 2026<br>at 10:00am |
|---|---|
| **Place:**  U.S. Federal Courthouse | **Courtroom No.:**<br>SEE Note |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

NOTE:  Judge Senechal will be presiding from the Grand Forks Courtroom.  Counsel and USPO will be appearing via video from Fargo Courtroom 2.  Defendant will be appearing via video from Heart of America Correctional Center.

Date:  04/01/2026

*/s/ Alice R. Senechal*

*Judge's signature*

Alice R. Senechal, Magistrate Judge

*Printed name and title*