**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

---

United States of America,

                Plaintiff,

   v.

Everette Dean Thompson,

                Defendant.

Criminal No.  3:26-cr-00054

**Motion for Release**

---

Defendant Everette Thompson, by and through her attorney, Chris Snyder, respectfully moves this Court for an Order authorizing his release to Prairie Recovery Center, in Raleigh, North Dakota.

Mr. Thompson is currently being held in USMS custody in Heart of American Correctional Center in Rugby, North Dakota.

He has been accepted into Prairie Recovery Center.  The facility has made arrangements to transport him to Raleigh, North Dakota if the Court grants his release. They would be able to pick him up starting the week of April 20, 2026.

Both the prosecution and USPO have been notified of this request.  USPO is agreeable to the release to treatment; the prosecution is opposed.

Dated: April 15, 2026

Respectfully submitted,

*/s/ Chris Snyder*_____
Chris Snyder
MN Attorney No. 0399471
ND Attorney No. 09180

P.O. Box 616

Moorhead, MN 56561-0616
218-284-1110
chris@snyderlawmhd.com