IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVERETTE DEAN THOMPSON,<br><br>Defendant. | Case No. 3:26-cr-00054-PDW<br><br>**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, hereby respectfully opposes Defendant Thompson's release pending trial.

The Bond Report (Doc 12) assesses that Defendant Thompson poses a risk of nonappearance and poses a risk of danger to the community. The United States disagrees that placement in a residential facility will reasonably assure Defendant Thompson's appearance and the safety of any other person and the community.

The Indictment charges Defendant Thompson with Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances as well as Possession of Firearms in Furtherance of a Drug Trafficking Crime. (Doc. 2) Not only do these charges indicate dangerous behavior, but Defendant Thompson's past history and recent violent behavior both counsel against release. Defendant Thompson was previously convicted in the U.S. District Court for the District of North Dakota of using a firearm in the commission of manslaughter. (Case No. 2:03-cr-00025-1). While on supervision for

that offense, Defendant Thompson absconded from both Centre, Inc. in 2013 and from a hospital in 2014.

After the Indictment was filed in this case, Defendant Thompson was arrested for Child Neglect and Terrorizing on the Spirit Lake Reservation, which is conduct that mimics an arrest from June 2025 in which Defendant Thompson was arrested for Child Neglect, Terrorizing and Harassment.  (Doc. 12  at p. 5).  The Bond Report disclosed an outstanding warrant for the 2025 case as of April 6, 2026.

In addition to the above violent conduct and nonappearances, Defendant Thompson has convictions for Preventing Arrest on 6/10/2024; Fleeing an Officer (6/20/2023); and Fleeing an Officer (1/27/2025 arrest).

Given Defendant Thompson's recent and past history of violence and fleeing, and the fact that he is facing a 40 year statutory mandatory minimum sentence if convicted on all counts, Defendant Thompson is not a suitable candidate to reside in the community and should be detained pending trial.

Dated:  April 16, 2026

NICHOLAS W. CHASE
United States Attorney

By:    /s/ *Matthew D. Greenley*
MATTHEW D. GREENLEY
Assistant United States Attorney
MN Bar ID 034252X
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
matthew.greenley@usdoj.gov
Attorney for United States