**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cr-54 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Everette Dean Thompson, | ) | |
| | ) | |
| Defendant. | ) | |

Following an April 6, 2026 hearing, as recommended by the Pretrial Services Officer, the court ordered Everette Dean Thompson detained until funding for a residential reentry center (RRC) is available. The court noted, however, that it might consider release to a residential substance abuse treatment center if Thompson made arrangements to participate in an appropriate treatment program. (Doc. 14).

Thompson now moves for release to Prairie Recovery Center (PRC), Arnegard, North Dakota, to participate in that center's treatment program. (Doc. 16). The United States opposes the motion, for the same reasons it opposed Thompson's release to an RRC. Those reasons include Thompson's history of a 2003 federal manslaughter conviction and his later absconding while on supervised release in that case. The United States also points to Thompson's more recent convictions for fleeing and preventing arrest. (Doc. 17).

Though recognizing the United States' concerns, the court will allow Thompson's release to PRC, subject to strict conditions of an Order Setting Conditions of Release that will be filed separately.

Thompson's motion for release, (Doc. 16), is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2026.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge