AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'26 MAR 12 PM3:29

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Everette Dean Thompson, | ) | Case No.   3:26-cr-00054 |
| a/k/a Cowboy | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Everette Dean THOMPSON                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Distribution of a Controlled Substance
Possession of Firearms in Furtherance of a Drug Trafficking Crime
Aiding and Abetting
Forfeiture Notice

Date:    03/12/2026

/s/ Pamela Bloomquist
_Issuing officer's signature_

City and state:    Fargo, ND

Pamela Bloomquist, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  3/12/26  , and the person was arrested on _(date)_  3/31/2026  at _(city and state)_  Fort Totten, ND  .

Date:  4/21/2026                                             _Jac_

_Arresting officer's signature_

DUSA  James Derringer
_Printed name and title_ |